Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JAMES C. SHAFFER,**

                Plaintiff,                                    Civil No. 06-6066-AS

        vs.                                                   **ORDER FOR ATTORNEY FEES**
                                                              **PURSUANT TO EAJA**

**JO ANNE B. BARNHART,**
Commissioner of Social Security
Administration,

                Defendant.

---

        After considering the Stipulated Motion for Entry submitted by the parties herein, Order

is hereby granted in the sum of $4603.87 as full settlement of all claims for fees under EAJA,

which Commissioner shall pay to Plaintiff's attorney.  There are no other costs.

        IT IS SO ORDERED this *1st* day of ___June_____, 2007

                                        _____
                                        U.S. ~~District~~ Judge
                                        Magistrate

PRESENTED BY:


By:    /s/ DREW L. JOHNSON
       Drew L. Johnson, OSB #75200
       Of Attorneys for Plaintiff



1 - ORDER